**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Edilamar Erica Barbosa Gomes** ) | Case No. 1:25-cv-11623-ADB |
| ) | |
| Petitioner, ) | **REQUEST FOR EMERGENCY** |
| ) | **HEARING AND RELIEF** |
| v. ) | |
| ) | |
| Patricia Hyde, Acting Director of Boston Field ) | |
| Office, U.S. Immigration and Customs ) | |
| Enforcement; Todd Lyons, Acting Director, U.S. ) | |
| Immigration and Customs Enforcement; ) | |
| Kristi Noem, Secretary of the ) | |
| U.S. Department of Homeland Security; **)** | |
| ) | |
| Respondents. ) | |
| ) | |

### Request for Emergency Hearing and Relief

1. Petitioner was detained on June 4, 2025 by Immigration and Customs Enforcement (ICE) at the Burlington Field Office location (1000 District Ave, Burlington, MA).

2. On information and belief, she has been held in a cell at the Burlington Field Office, where she is subjected to deplorable conditions. Specifically, she has no bed, sleeping on the concrete floor with only an aluminim blanket to shield her. She has no pillow or mattress. She is only provided with nominal amounts of food, three times per day. She receives a portion of oatmeal in the morning, a small portion of Mac and cheese at lunch, and a small portion of pasta at dinner time. While she has access to a toilet, it is located in the same cell where she is kept along with eight other women presently. At the time of her detention, there were 17 women sharing the cell.

3. She has not showered, changed her clothes, or brushed her hair since before her arrest, more than 48 hours ago.

4.  She takes daily medication for her glaucoma and anxiety, and only has a limited amount of medication remaining. While she was seeking help from a therapist for her anxiety and depression, she has not been able to communicate with her therapist since the time of her detention.

5.  Petitioner had been subjected to GPS monitoring since the fall of 2024, following the dismissal of her family's appeal at the Board of Immigration Appeals on May 30, 2024. After Petitioner's daughter submitted an application for T Nonimmigrant Status with USCIS in September 2024 and included her mother as a derivative, ICE agreed to pause her departure plan.

6.  Petitioner's daughter is the victim of a severe form of labor trafficking in persons at her restaurant job, where she worked from June 2022 to December 2022. Petitioner's daughter, who was then a minor, applied for T nonimmigrant status as the victim of trafficking and included her parents and younger brother as derivative applicants. Their applications were filed with the United States Citizenship and Immigration Services ("USCIS") on September 3, 2024.

7.  Counsel confirmed with ICE in September 2024 that the departure plan for Petitioner and her family had been paused due to the pending T Visa applications. Initially, Petitioner's husband had been outfitted with GPS monitoring but because the device caused him to suffer medical concerns, ICE agreed to allow Petitioner to be fitted with the GPS monitoring.

8.  Petitioner has consistently complied with all ICE check-ins and home visits while under supervision. She has not violated the terms of her release at any point.

9. Her detention in an inappropriate facility and for no apparent purpose violates her due process rights. Petitioner requests that this court restore the status quo and order her immediate release.

Dated: June 6, 2025

Respectfully Submitted
Edilimar Erica Barbosa Gomes, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo

_____
Annelise M. Jatoba de Araujo
Araujo & Fisher, LLC
75 Federal St, Ste 910
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
Counsel for Petitioner