**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Edilamar Erica Barbosa Gomes** ) | |
| ) | Case No. 1:25-cv-11623-ADB |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Patricia Hyde, Acting Director of Boston Field ) | |
| Office, U.S. Immigration and Customs ) | |
| Enforcement; Todd Lyons, Acting Director, U.S. ) | |
| Immigration and Customs Enforcement; ) | |
| Kristi Noem, Secretary of the ) | |
| U.S. Department of Homeland Security; **)** | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**Petitioner's Objection to Transfer and Request for Emergency Hearing**

Introduction

Now comes the Petitioner to state her objection to the Respondents' intent to transfer her

hundreds of miles away from her family and her attorneys. Respondents' unwillingness to

consider alternatives to detention where they have no appropriate local facilities to house women

they detain should not result in undue punishment to the Petitioner.

Unlawful Detention

Respondents preview that they will argue Petitioner's detention is lawful pursuant to 8

U.S.C. § 1231(a)(6). That section provides for detention beyond the statutory "removal period"

described in § 1231(a)(1)[1] only where the noncitizen is determined "to be a risk to the

---

[1] That section authorizes detention in the 90 days following certain events, as relevant in this

case, Petitioner's final order of removal. However, that order was approximately a year ago and

1

community or unlikely to comply with the order of removal." This would be an absurd determination in this case, because Petitioner has a history of complete compliance with immigration requests and because she has no criminal record to speak of.

Petitioner entered the United States without inspection on August 28, 2021 into Arizona. She has resided in the United States since, and has no criminal record here or anywhere else. Moreover, she has been compliant with all requests by ICE. After her daughter's T Visa application was filed, she worked with her attorney to request a pause on her departure plan with ICE, which was granted. When she was given two days notice to present to ICE last week, she willingly appeared. Petitioner has consistently complied with all ICE check-ins and home visits while under supervision. She has not violated the terms of her release at any point. Petitioner's counsel has proposed that Respondent be released on any level of monitoring that the government would find reasonable. That proposal was rejected without rationality.

<u>Request for Emergency Hearing</u>

Petitioner was detained on June 4, 2025 by Immigration and Customs Enforcement (ICE) at the Burlington Field Office location (1000 District Ave, Burlington, MA). On information and belief, she has been held in a cell at the Burlington Field Office, where she is subjected to deplorable conditions. Specifically, she has no bed, sleeping on the concrete floor with only an aluminim blanket to shield her. She has no pillow or mattress. She is only provided with nominal

---

Respondents have only decided to take this detention action now. Previously they paused her removal plan in light of the pending T Visa application.

amounts of food, three times per day. She receives a portion of oatmeal in the morning, a small portion of Mac and cheese at lunch, and a small portion of pasta at dinner time. While she has access to a toilet, it is located in the same cell where she is kept along with eight other women presently. At the time of her detention, there were 17 women sharing the cell. She has not showered, changed her clothes, or brushed her hair since before her arrest.

She takes daily medication for her glaucoma and anxiety, and only has a limited amount of medication remaining. While she was seeking help from a therapist for her anxiety and depression, she has not been able to communicate with her therapist since the time of her detention.

Her detention in an inappropriate facility and for no apparent purpose violates her due process rights. Petitioner requests that this court restore the status quo and order her immediate release.

Dated: June 10, 2025

Respectfully Submitted
Edilimar Erica Barbosa Gomes, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo

_____
Annelise M. Jatoba de Araujo
Araujo & Fisher, LLC
75 Federal St, Ste 910
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
Counsel for Petitioner

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 10, 2025                                    By: */s/ Annelise M. Jatoba de Araujo*

                                                    Annelise M. Jatoba de Araujo
                                                    Counsel for Petitioner