**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Edilamar Erica Barbosa Gomes** ) | |
| ) | Case No. 1:25-cv-11623-ADB |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Patricia Hyde, Acting Director of Boston Field ) | |
| Office, U.S. Immigration and Customs ) | |
| Enforcement; Todd Lyons, Acting Director, U.S. ) | |
| Immigration and Customs Enforcement; ) | |
| Kristi Noem, Secretary of the ) | |
| U.S. Department of Homeland Security; **)** | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**<u>Petitioner's Renewed Objection to Transfer and Request for Emergency Hearing</u>**

<u>Introduction</u>

Now comes the Petitioner to renew her objection to the Respondents' intent to transfer her to another detention facility. Respondents' unwillingness to consider alternatives to detention where they have no appropriate local facilities to house women they detain should not result in undue punishment to the Petitioner.

<u>Facts Relevant to Petitioner's Renewed Objection</u>

On June 9, 2025, Respondents filed Notice of their Intent to Transfer Ms. Barbosa Gomes to New Jersey from the ICE Burlington Field Office Hold Room. Ms. Barbosa Gomes objected to the transfer, requesting instead that Ms. Barbosa Gomes be released under any and all alternatives to detention that would satisfy ICE. After hearing on June 10, 2025, the Honorable Judge Stearns allowed Respondents to transfer Ms. Barbosa Gomes to Delaney Hall in New Jersey, relying "on

1

the government's representation that it will remove petitioner to a facility better suited for a longer period of confinement." *See* Docket Entry 12, Clerk's Notes.

Despite the government's reassurances that Delaney Hall is a suitable, humane facility for longer-term detention, it has been anything but. On June 12, 2025, a riot erupted at the facility over insufficient and inedible food, undrinkable water, and overcrowding. *See* Sophie Nieto-Munoz, *After night of unrest, congressmen say ICE jail is 'shoddy', should be evacuated*, NEW JERSEY MONITOR (June 13, 2025) https://newjerseymonitor.com/2025/06/13/after-night-of-unrest-congressmen-say-ice-jail-is-shoddy-should-be-evacuated/. New Jersey congressmen confirmed that it appeared "most, if not all" of the detainees were moving out of the facility. CNN reported that "chronic food shortages, undrinkable water, crumbling mesh walls, and inadequate staffing led to the chaos" that began Thursday evening. See Zoe Sottile, et al, *4 detainees escaped from a Newark ICE detention facility after advocates say poor conditions led to 'chaos'*, CNN (June 13, 2025) https://www.cnn.com/2025/06/13/us/newark-migrant-detention-center-escape. As such, these conditions are directly in contradiction to the Honorable Judge Stearns' order that Ms. Barbosa Gomes be transferred to a facility where she will be treated humanely.

Unlawful Detention

Respondents argued Petitioner's detention is lawful pursuant to 8 U.S.C. § 1231(a)(6). That section provides for detention beyond the statutory "removal period" described in § 1231(a)(1)[1]

---

[1] That section authorizes detention in the 90 days following certain events, as relevant in this case, Petitioner's final order of removal. However, that order was approximately a year ago and Respondents have only decided to take this detention action now. Previously they paused her removal plan in light of the pending T Visa application.

only where the noncitizen is determined "to be a risk to the community or unlikely to comply with the order of removal." This would be an absurd determination in this case, because Petitioner has a history of complete compliance with immigration requests and because she has no criminal record to speak of.

Given that it appears most detainees are transferred to alternate detention facilities, Petitioner renews her objection to the transfer and requests that this Court order she be released on any level of monitoring that the government would find reasonable. Her detention in an inappropriate facility and for no apparent purpose violates her due process rights. Petitioner requests that this court restore the status quo and order her immediate release.

Dated: June 13, 2025

Respectfully Submitted
Edilimar Erica Barbosa Gomes, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo

_____
Annelise M. Jatoba de Araujo
Araujo & Fisher, LLC
75 Federal St, Ste 910
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
Counsel for Petitioner

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 13, 2025                                By: */s/ Annelise M. Jatoba de Araujo*

                                                            Annelise M. Jatoba de Araujo
                                                            Counsel for Petitioner