**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Edilamar Erica Barbosa Gomes** | ) | Case No. 1:25-cv-11623-ADB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Patricia Hyde, Acting Director of Boston Field | ) | |
| Office, U.S. Immigration and Customs | ) | |
| Enforcement; Todd Lyons, Acting Director, U.S. | ) | |
| Immigration and Customs Enforcement; | ) | |
| Kristi Noem, Secretary of the | ) | |
| U.S. Department of Homeland Security; | **)** | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## STATUS REPORT AND REQUST FOR ORDER

Petitioner, through counsel, provides the following Status Report, to inform this Court that Petitioner has now been transferred to a fourth detention facility, this time in Otero, New Mexico. Petitioner has now been detained for five weeks and has been transferred through four different states during that time. On June 10, 2025, Respondent's counsel represented to this Court, in justification of the first move away from Petitioner's family and attorneys, that Respondent had travel documents. This court allowed for that transfer and specifically cancelled any impediment on Petitioner's removal from the United States. On June 16, 2025, the honorable judge inquired of Respondent when Petitioner would be removed and he indicated that she would be returned to Brazil "forthwith."  Three more weeks and yet another transfer have elapsed. It's not clear why then Petitioner continues to be moved between facilities rather than removed from the country. If removal is not, as Respondent's counsel represented, going to occur "forthwith" then Petitioner respectfully requests that this Court order her release on a monitoring bracelet until such time as

the Respondent is able to make actual arrangements for her departure. Post-removal detention of this nature (beyond the 90 days following the order) is not appropriate or legal unless removal is reasonably foreseeable. *See Zadvydas v. Davis*, 533 U.S. 678 (2001).

Dated: July 9, 2025

Respectfully Submitted
Edilimar Erica Barbosa Gomes, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo

_____
Annelise M. Jatoba de Araujo
Araujo & Fisher, LLC
75 Federal St, Ste 910
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 8, 2025

By: */s/ Annelise M. Jatoba de Araujo*

Annelise M. Jatoba de Araujo
Counsel for Petitioner