UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDILAMAR ERICA BARBOSA GOMES,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br><br>Respondents. | Civil Action No. 25-cv-11623-ADB |

### RESPONDENTS' FOURTH STATUS REPORT

Respondents provide the following Status Report pursuant to this Court's Order dated July 9, 2025, which asks Respondents to reply to Petitioner's Status Report filed with the Court on July 9, 2025. *See* Doc. 23. In her Status Report, Petitioner seeks an Order from this Court for release with conditions, as her continued detention violates *Zadvydas v. Davis,* 533 U.S. 678 (2001) because her removal is not reasonably foreseeable.[1] *Id.,* p. 2. Petitioner seemingly bases that argument on the fact that she has been transferred to three (3) different facilities[2] since her detention five (5) weeks ago at the Burlington, Massachusetts temporary Holding Room. *Id.,* p.1. This very request for release from detention pending the Respondents' execution of her final

---

[1] Notably, Petitioner's five (5) week period of detention is well within the 6-month presumptively reasonable post-removal period held by the Supreme Court in *Zadvydas, supra,* at 701.

[2] As this Court was informed at the June 16, 2025 hearing, Petitioner was transferred from the Delaney Hall Detention Center in New Jersey to the El Paso Soft Side Facility in El Paso, Texas on an emergency basis because of the contemporaneous events that took place at the facility.

order of removal has been rejected twice by this Court. Indeed, on June 10, 2025, this Court (Stearns, J.) held a hearing on Petitioner's Objection to Transfer and Request for Emergency Hearing (Doc. No. 11) and after entertaining argument of counsel on the merits of the Petition and Petitioner's Request for release, he held:

> The Court having determined that it lacked jurisdiction to grant the relief that Petitioner, Edilamar Erica Barbosa Gomes, is requesting that is immediate release from detention and noting that a final removal order is in place, denies any requested stay of removal from the Burlington Field Office Boston Holding Room in Burlington Massachusetts to the Delaney Hall Detention facility in Newark, New Jersey… *See* Doc. No. 12.

On June 16, 2025, this Court (Burroughs, J.) held another emergency hearing in connection with a filing by Petitioner and agreed with Judge Stearns' aforementioned decision, ruling that the Court lacked jurisdiction to stay Petitioner's removal and to release her on bond, but ordered that before she was removed to Brazil, Petitioner was to be provided her glaucoma medication and an ability to speak with her counsel. *See* Doc. No. 16. At this Court's request to keep it abreast on the status of Petitioner's glaucoma medication and her conversation with counsel, Respondents filed three (3) separate Status Reports, the last of which was filed on June 24, 2025, wherein the Court was informed that on June 16, 2025, Petitioner was taking her glaucoma medication and that on June 20, 2025, she had conversed with her counsel. *See* Doc. No. 21.

The following is a Status of Petitioner's current detention and anticipated removal:

For the Court's convenience, Respondents file the Declaration of Assistant Field Office Director Keith Chan ("Chan Decl.") which provides detailed background information concerning Petitioner's immigration history. *See Exhibit A.* As noted therein, Petitioner is subject to a final order of removal and was initially detained on June 4, 2025, under 8 U.S.C. § 1231. *See* Chan

Decl., ¶¶ 8, 13. On June 11, 2025, Petitioner was transferred from the Holding Room in Burlington, Massachusetts to Delaney Hall Detention Center in New Jersey. *Id.,* ¶ 13. Due to safety concerns at that facility, Petitioner was transferred from Newark, New Jersey to the El Paso Soft SideFacility in El Paso Texas. *Id.,* ¶ 14. On July 2, 2025, Petitioner was recently transferred from the El Paso Soft SideFacility (EHF) to the Otero County Processing Center ("Otero"), 28 McGregor Range Road, Chaparral, New Mexico 88081. *Id.,* ¶ 17. On July 10, 2025, Petitioner informed ICE that she had no medical issues that would prevent her travel to Brazil as, on July 11, 2025, ICE located a valid passport for Petitioner to effectuate her removal to Brazil. *Id.,* ¶¶ 18, 19. ICE removes Brazilian nationals with valid travel documents twice weekly. *Id.,* ¶ 20. Petitioner remains detained at Otero. *Id.,* ¶ 21.

                                              Respectfully submitted,

                                              LEAH B. FOLEY
                                              United States Attorney

Dated: July 11, 2025                 By:    */s/ Michael Sady*
                                                   Michael Sady
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   1 Courthouse Way, Suite 9200
                                                   Boston, MA 02210
                                                   Tel.:(617) 748-3100
                                                   Email: michael.sady@usdoj.gov

**CERTIFICATE OF SERVICE**

      I, Michael Sady, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 11, 2025                  By:    */s/ Michael Sady*
                                                          Michael Sady
                                                          Assistant United States Attorney